UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No._____–Civ–_____/_____

DOUGLAS PFLUG,

    Plaintiff,

vs.

CARNIVAL CORPORATION,

    Defendant.
_____/

## COMPLAINT

Plaintiff, Douglas Pflug, sues Defendant, Carnival Corporation, and alleges:

### A. Summary of Case

1. This is a personal-injury/negligence case brought by a cruise-ship passenger against a cruise line.

### B. Basis for Jurisdiction and Venue

2. This case falls within the Court's diversity-of-citizenship jurisdiction because:
    (a) The Plaintiff is a citizen of Canada.
    (b) The Defendant is a corporation incorporated under the laws of the Republic of Panama. The Defendant's principal place of business is in Florida.
    (c) The amount in controversy, without interest and costs, exceeds $75,000.

3. This case has been filed in this district because the Plaintiff's cruise ticket contains a forum-selection clause that says that actions such as this may be filed only in the United States District Court in Miami, Florida.

### C. Maritime Law

4. This case is governed by the general maritime law.

## D. Two Counts of Negligence

### Count 1
### Negligence: Jagged Piece of Metal on Water Slide's Stairs

5. On or about January 23, 2020, the Plaintiff was a fare-paying passenger on the *Carnival Legend,* a cruise ship owned and operated by the Defendant.

6. At that time and place, the Defendant owed the Plaintiff a duty of reasonable care under the circumstances.

7. At that time and place, on or around deck 10, the Defendant breached its duty of care toward the Plaintiff when it negligently allowed a jagged piece of metal to protrude around a step on the water slide.

8. The Defendant knew about this hazard, or the hazard had existed for a sufficient length of time that the Defendant should have known of it, or the condition occurred with regularity and was therefore foreseeable.

9. As a result of the Defendant's breach of its duty of care, the Plaintiff suffered a severe laceration on the sole of his foot when he stepped on the jagged piece of metal.

10. The Defendant's negligence caused the Plaintiff to suffer bodily injury and resulting pain and suffering, disability, physical impairment, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and the Plaintiff will suffer these losses in the future.

11. The Plaintiff has performed all conditions precedent to be performed by him, or the conditions have occurred.

Therefore, the Plaintiff demands judgment against the Defendant for more than $75,000 in damages, and costs, and the Plaintiff demands a jury trial.

### Count 2
### Negligence: Failure to Warn

12. On or about January 23, 2020, the Plaintiff was a fare-paying passenger on the *Carnival Legend,* a cruise ship owned and operated by the Defendant.

13. At that time and place, the Defendant owed the Plaintiff a duty of reasonable care under the circumstances.

14. At that time and place, on or around deck 10, the Defendant breached its duty of care toward the Plaintiff when it negligently failed to warn the Plaintiff that a jagged piece of metal was protruding around a step on the water slide.

15. The Defendant knew about this hazard, or the hazard had existed for a sufficient length of time that the Defendant should have known of it, or the condition occurred with regularity and was therefore foreseeable.

16. As a result of the Defendant's breach of its duty of care, the Plaintiff suffered a severe laceration on the sole of his foot when he stepped on the jagged piece of metal.

17. The Defendant's negligence caused the Plaintiff to suffer bodily injury and resulting pain and suffering, disability, physical impairment, disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and aggravation of a previously existing condition. The losses are either permanent or continuing and the Plaintiff will suffer these losses in the future.

18. The Plaintiff has performed all conditions precedent to be performed by him, or

the conditions have occurred.

      Therefore, the Plaintiff demands judgment against the Defendant for more than $75,000 in damages, and costs, and the Plaintiff demands a jury trial.

Dated: November 18, 2020

Respectfully submitted,
David W. Singer (Fla. Bar No. 306215)
dsingeresq@aol.com
Peter G. Walsh (Fla. Bar No. 970417)
pwalsh@1800askfree.com
David W. Singer & Associates, PA
1011 South Federal Highway
Hollywood, FL  33020
T: (954) 920-1571
Attorneys for the Plaintiff, Douglas Pflug